IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE EDWARD JOHNSON,<br><br>Defendants. | CR 21–94–BLG–DLC<br><br><br><br>ORDER |

      Before the Court is Lance G. Lundvall's Renewed Unopposed Motion to Withdraw as Counsel of Record and Request for Court-Appointed Counsel. (Doc. 79.) The Court previously indicated that it would grant Mr. Lundvall's original motion based on its representations concerning the breakdown in communication in the attorney-client relationship between Mr. Lundvall and Defendant Shane Edward Johnson. Mr. Lundvall has now submitted a completed financial affidavit on behalf of Mr. Johnson to support his request for court-appointed counsel. (Doc. 79-1.)

      Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel, the Court will order the appointment of CJA counsel to represent Mr. Johnson.

1

Accordingly, IT IS ORDERED that the motion (Doc. 79) is GRANTED. Mr. Lundvall is permitted to withdraw as counsel of record for Mr. Johnson in this case and is relieved of all further legal duties to Mr. Johnson.

IT IS FURTHER ORDERED that the attorney below, a member of the CJA Panel of this District, is appointed to represent Mr. Johnson at every stage of the proceedings from the date of this Order through disposition, including ancillary matters appropriate to the proceedings.

>   Name:       Nicole R. Gallagher
>
>               Attorney at Law
>
>   Address:    2722 3rd Avenue North, Suite 400
>
>               Billings, MT 59101
>
>   Telephone:  (406) 413-8691

The Clerk of Court shall notify Ms. Gallagher of the entry of this Order.

Pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended on his behalf.

IT IS FURTHER ORDERED that Mr. Johnson's Motion to File Document Under Seal (Doc. 80) is GRANTED. The Clerk is directed to seal Defendant's CJA 23 Form (Doc. 79-1.)

DATED this 29th day of August, 2022.

_____

Dana L. Christensen, District Judge
United States District Court