IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–94–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANE EDWARD JOHNSON, | |
| Defendant. | |

In this Court's Order issued September 8, 2022 (Doc. 95), the Court addressed the filing of pro se documents by Defendant Shane Edward Johnson. The Court explained that Mr. Johnson has court-appointed counsel and is not entitled to hybrid-representation. (*Id.* at 1–2.) Accordingly, the Court warned Mr. Johnson that he may not file documents in this action pro se and any future pro se documents would be discarded without filing. (*Id.* at 2.) Mr. Johnson continues to be represented by counsel, and in fact has been appointed co-counsel at his request. (Doc. 132.) Nonetheless, Mr. Johnson has filed two additional pro se documents in this matter. (*See* Docs. 126, 127.)

Accordingly, IT IS ORDERED that the Court declines to rule on Mr. Johnson's pro se documents (Docs. 126, 127). The Clerk of Court shall terminate

1

these filings.

IT IS FURTHER ORDERED that this Court's previous Order addressing Mr. Johnson's pro se filings (Doc. 95) remains in full force and effect.

DATED this 15th day of February, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court