IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–94–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANE EDWARD JOHNSON, | |
| Defendant. | |

Before the Court is the United States' Motion to Seal Filed Government's Trial Exhibits 42, 42A, and 43.  (Doc. 216.)  The basis for the request is that these exhibits contain information that is protected under L.R. CR 16.4.

Accordingly, IT IS ORDERED that the motion (Doc. 216) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the original entry (Doc. 214) and attach the exhibits from that entry that are not to be sealed to this Order.

DATED this 14th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1